IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>V.                                          )<br>)<br>ANDREA LYNNETTE EPPS,        )<br>)<br>            Defendant.        )<br>_____) | Criminal No. 1:01cr274 |

**ORDER**

_____This matter comes before the Court on the Defendant's motion to modify service of sentence.  The Court is of the opinion that the sentence heretofore imposed was correct for the reasons stated, it is hereby

ORDERED that the Defendant's motion is DENIED.

                                        /S/
                              _____
                              CLAUDE M. HILTON
                              UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 29 , 2007